UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIQUE M.[1],

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

Case No. 2:24-cv-12706

Honorable Susan K. DeClercq
United States District Judge

Honorable Kimberly G. Altman
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 13), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 9), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 11), AND AFFIRMING DECISION OF ADMINISTRATIVE LAW JUDGE**

On February 3, 2026, Magistrate Judge Kimberly G. Altman issued a report recommending that this Court deny Plaintiff's motion for summary judgment, ECF No. 9, grant Defendant's motion for summary judgment, ECF No. 11, and affirm the administrative law judge's (ALJ) decision in this social security appeal. ECF No. 13.

---

[1] Consistent with guidance regarding privacy concerns in Social Security cases by the Judicial Conference Committee on Court Administration and Case Management, the Eastern District of Michigan has adopted a policy to identify plaintiffs in Social Security cases by only their first names and last initials. *See also* FED. R. CIV. P. 5.2(c)(2)(B).

Judge Altman provided 14 days for objections to be filed, but no party filed objections. They have therefore forfeited their right to appeal Judge Altman's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 152 (1985)). Moreover, there is no prejudicial clear error in the report.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 13, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 9, is **DENIED**.

Further, it is **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 11, is **GRANTED**.

Further, it is **ORDERED** that the decision of the ALJ in this case is **AFFIRMED**.

**IT IS SO ORDERED.**

**This is a final order and closes the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: February 19, 2026

- 2 -